**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JEREMY SLEDD**                                                                                          **PLAINTIFF**

**v.**                                      **Case No. 4:13-cv-00219-KGB**

**RINECO CHEMICAL**
**INDUSTRIES, INC.**                                                                                  **DEFENDANTS**

**ORDER**

Before the Court is the parties' joint stipulation for dismissal (Dkt. No. 12). Parties stipulate that the case be dismissed with prejudice. Therefore, the Court finds that this case should be dismissed with prejudice and removed from the trial calendar for the week of April 28, 2014. All pending motions are denied as moot.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

IT IS SO ORDERED this 1st day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE